IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES ROBERT MASON II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:20-cv-00203 |
| AMC ENTERTAINMENT HOLDINGS,) | |
| INC., AMC ENTERTAINMENT, INC. ) | |
| and AMERICAN MULTI-CINEMA, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of Plaintiff and Defendants. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests that the Court retain jurisdiction over this matter until fully resolved between the parties. Should Plaintiff not move to reinstate the case, or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated: May 21, 2020.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
*Attorney-in-Charge for Plaintiff*
Southern District of Texas ID No. 2582051
Ehrlich & Schapiro, LLC
1123 Zonolite Road, N.E., Suite 8-B

1

Atlanta, Georgia 30306<br>
Tel: (404) 365-4460<br>
Fax: (855) 415-2480<br>
craig@ehrlichlawoffice.com

## **CERTIFICATE OF SERVICE**

I certify that on May 21, 2020 I filed the within and foregoing Notice of Settlement using the CM/ECF System for the federal District Court for the Southern District of Texas, resulting in a true and correct copy of the same to be delivered via electronic mail as follows:

M. Brett Burns, Esq.
Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111
Fax: (414) 975-3701
mbrettburns@hunton.com

                                                /s/Craig J. Ehrlich
                                                Craig J. Ehrlich