IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES ROBERT MASON II,    ) | |
|       ) | |
|   Plaintiff,    ) | |
|       ) | CIVIL ACTION |
| v.    ) | |
|       ) | FILE No. 4:20-cv-00203 |
| AMC ENTERTAINMENT HOLDINGS,) | |
| INC., AMC ENTERTAINMENT, INC.    ) | |
| and AMERICAN MULTI-CINEMA,    ) | |
| INC.,    ) | |
|       ) | |
|   Defendants.    ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants, by and through the undersigned counsel of record, hereby stipulate and agree that the instant matter be dismissed with prejudice, without an award of fees or costs to either party.

Dated: July 9, 2020.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
*Attorney-in-Charge for Plaintiff*
Southern District of Texas ID No. 2582051
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E. Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4480
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

/s/M. Brett Burns
M. Brett Burns
*Attorney-in-Charge for Defendants*
S.D. Tex. No. 15984
State Bar No. 03447900
Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111
Tel: (415) 975-3700
Fax: (415) 975-3701
mbrettburns@hunton.com

## CERTIFICATE OF SERVICE

I certify that on July 9, 2020 I filed the within and foregoing Stipulation for Dismissal With Prejudice using the CM/ECF System for the federal District Court for the Southern District of Texas, resulting in a true and correct copy of the same to be delivered to the following counsel of record via electronic mail:

M. Brett Burns, Esq.
Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, California 94111
Fax: (415) 975-3701
mbrettburns@hunton.com

/s/Craig J. Ehrlich
Craig J. Ehrlich